AO 91 (Rev. 11/11) Criminal Complaint

FILED
June 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Yvette Lujan
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Sonya Conchita Murillo<br>*Defendant(s)* | )<br>)<br>) Case No. **4:23-mj-368**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **before June 7, 2023** in the county of **Presidio** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Adam Patterson, Special Agent
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 06/07/2023

City and state: Alpine, Texas

_____
*Judge's signature*
David B. Fannin, United States Magistrate Judge
*Printed name and title*

**Affidavit in Support of an Federal Criminal Complaint**

Your affiant is Special Agent (SA) Adam Patterson with the Texas Department of Public Safety (DPS), assigned to the Alpine, Texas Criminal Investigations Division (CID). Your Affiant has been employed as a Special Agent for DPS since July 2020. Prior to CID, your Affiant worked for DPS as a State Trooper since January 2013. As part of your Affiant's current duties, he investigates violations of state and federal law, including the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. Your Affiant holds a bachelor's degree in criminal justice from the University of Texas at El Paso.

On June 7, 2023, while conducting a forensic review of a cell phone from a different child pornography investigation in Marfa, Texas, your Affiant observed at least eight videos saved from Snapchat depicting an adult Hispanic female woman performing oral sex on a male child approximately 3 to 5 years old. The videos depict the woman stroking the child's exposed penis with her hand as well as placing the child's penis into her mouth and the adult female licking the child's exposed testes and penis. In those videos, the adult female's face is in full and plain view, as well as a distinct tattoo located on her left shoulder above her clavicle. Within the same file space of these videos are other saved snapchat 'selfies' and videos of the adult female not engaged in sexual activity, but show her full face and the same unique tattoo on her left shoulder above her clavicle. This adult Hispanic female woman is identified as **Sonya Conchita Murillo**. Your Affiant believes the sexually explicit conduct and video production occurred in Marfa, Texas, in the Western District of Texas.

Snapchat is a cell phone application used for messaging and to share pictures and videos. Snapchat is accessed with cellular and Wi-Fi internet. The cell phone containing the child pornography videos was manufactured outside of the United States.

Your affiant believes probable cause exists to support the criminal complaint and arrest of **Sonya Conchita Murillo** for violating Title 18, United States Code, Section 2251(a), Sexual Exploitation of Children.

_____
Adam Patterson Special Agent
Texas Department of Public Safety, Criminal Investigation Division


_____
Honorable Judge David Fannin
United States Magistrate Judge