**FILED**
January 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. P-23-CR-279 |
| § | |
| SONYA CONCHITA MURILLO § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, SONYA CONCHITA MURILLO, the Defendant in this cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 16th day of January, 2024.

_____
SONYA CONCHITA MURILLO
Defendant

_____
BART E. MEDLEY
Attorney for Defendant